RECEIVED

JAN 11 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| WARD 5 WATERWORKS DISTRICT NO. 1 EVANGELINE PARISH | CIVIL ACTION NO. 06-2151 |
| VS. | JUDGE DOHERTY |
| LAYNE CHRISTENSEN CO., *formerly known as Layne, Inc.* | MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL REVIEW RULING

As required by a standing order of this court, the undersigned has reviewed the record and concludes that the jurisdictional amount has been established in this diversity case.

Plaintiff Ward 5 Waterworks District 1 alleges that in 1996, it entered into a contact with defendant in which defendant agreed to supply and install a water well, pump, filtering system, and other items (hereinafter referred to as "the well"), to allow plaintiff to deliver clean, filtered drinking water to its customers. Plaintiff alleges that it recently learned that the well that was installed by defendant is malfunctioning as a result of improper and/or defective design and/or improper and defective installation, causing potential injury to its customers. Plaintiff seeks damages for past, present, and future general and specific damages to itself and its customers, including the cost of replacement and/or repair of the well equipment that conforms to contract specifications in design, installation and quality of performance, as well as damages for other injuries proved at trial. Plaintiff also seeks attorneys' fees and court costs.

Given the nature of the contract at issue, and considering that the well at issue was installed for the purpose of providing clean drinking water to an entire ward in Evangeline

...

Parish, the undersigned concludes that the jurisdictional amount has been established in this case.

Signed at Lafayette, Louisiana on January \_\_11\_\_, 2007.

*[signature]*

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)